IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID JONES and LEAH JONES**                                                              **PLAINTIFFS**

v.                              **CASE NO. 4:20-CV-00195-BSM**

**CINEMARK USA, INC.,**
**d/b/a RAVE THEATER**                                                                       **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE